**UNITED STATES DISTRICT COURT**

**MIDDLE DISTRICT OF LOUISIANA**

**HOANG V. TRAN** **CIVIL ACTION**

**VERSUS** **NO. 26-457-JWD-SDJ**

**BRIAN ACUNA**

---

# ORDER

Because the Government has remained unable to confirm both Petitioner Hoang V. Tran's removal from the United States and arrival in Vietnam, despite having multiple opportunities to do so,

**IT IS ORDERED** that the attached list of questions, which are broken into five categories, must be answered by the Government before **October 6, 2026 at 5:00 p.m.**, as follows:

- The Government must answer each question through sworn declaration(s).
- The declarant(s) answering each question must be identified by name, title, and employer and must have direct personal knowledge of the event(s)—that is, the individual must have personally witnessed the event(s) first-hand.
- If any of the information provided by the declarants is also supported by official documentation or other admissible evidence, that support must be provided, as well.
- Any supporting document(s) must be attached to the relevant declaration(s) and clearly labeled in a way that identifies the question or information to which it relates. The Government should also state who has custody of such documents.
- If the Government is unable to answer any of the below questions, then the Government should detail the efforts made to obtain the requested information, including specifying under oath the officials consulted and producing the documents reviewed.

Signed in Baton Rouge, Louisiana, on September 30, 2026.

**JUDGE JOHN W. deGRAVELLES**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**

**UNITED STATES DISTRICT COURT**

**MIDDLE DISTRICT OF LOUISIANA**

| | |
|---|---|
| **HOANG V. TRAN** | **CIVIL ACTION** |
| **VERSUS** | **NO. 26-457-JWD-SDJ** |
| **BRIAN ACUNA** | |

---

# QUESTIONS

**Category No. 1: Mr. Tran's Physical Removal from LIPC**

1. At what date and time was Mr. Tran removed from the Louisiana ICE Processing Center ("LIPC")?
2. Once Mr. Tran was escorted out of LIPC, where was he taken?

**Category No. 2: The Facility or Airport Where Mr. Tran Arrived After Departing LIPC**

3. Who intaked Mr. Tran when he arrived at this new facility or airport?

**Category No. 3: Preparation of the Flight Manifest That Names Mr. Tran**

4. Why is Mr. Tran listed as passenger 197 on the flight manifest when the Mission Flight held only 172 passengers?

**Category No. 4: Mr. Tran's Alleged Removal from the United States**

5. On what date and time did Mission Flight 26-007576 take off from the United States?
6. Provide the public flight number (not the internal mission number) or aircraft registration number for each leg of Mission Flight 26-007576's journey.
7. Who has direct, personal knowledge that Mr. Tran was placed on this Mission Flight?
    a. Who personally escorted Mr. Tran onto the Mission Flight?
    b. Who took roll call on the Mission Flight?
    c. What documentation of the roll call taken exists?

**<u>Category No. 5</u>: Mr. Tran's Alleged Arrival in Hanoi, Vietnam**

8. Which Immigration and Customs Enforcement (ICE) officers were aboard Mission Flight 26-007576?

9. Did any of these ICE officers see Mr. Tran disembark Mission Flight 26-007576 in Hanoi, Vietnam?

    a. At what date and time?

    b. What documents confirm this?

10. Did Mission Flight 26-007576 land in any country other than Vietnam?

    a. Can any person or document confirm that Mr. Tran was not removed to a country other than Vietnam?

11. If Mr. Tran was removed from the United States, what personal effects were returned to him upon removal?

12. Is there any other evidence of any kind that can confirm that Mr. Tran was placed on Mission Flight 26-007576 and disembarked in Hanoi, Vietnam?